UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-81671-WPD

GARFIELD SPENCE,

    Plaintiff,
v.

GRAND LAKE PROPERTIES LLC,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice (the "Notice") [DE 9], filed herein on December 14, 2022.  The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 9] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2022.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record